IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. | ) |
| v. | ) Civil Action No. |
| HETERO LABS LTD. and HETERO USA, INC., | ) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: November 7, 2013

Date of Expiration of Patent: March 26, 2029

Thirty Month Stay Deadline: May 7, 2016

| | |
|---|---|
| 12/19/2013 | /s/ Karen E. Keller (No. 4489) |
| Date | Attorney(s) for Plaintiff |