**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE BENDAMUSTINE CONSOLIDATED CASES | C.A. No. 13-2046-GMS (consolidated) |

### CEPHALON, INC.'S NOTICE OF DEPOSITION OF ULHAS DHUPPAD (GLENMARK)

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Cephalon, Inc. ("Cephalon") by its attorneys will take the deposition upon oral examination of Ulhas Dhuppad. The deposition will take place on March 26, 2015, beginning at 9:30 a.m., at the offices of Goodwin Procter, The New York Times Building, 620 Eighth Avenue, New York, New York 10018, or at such other location and time mutually agreeable to counsel, before a court reporter, notary public, or other person authorized by law to administer oaths. The deposition may be recorded by any means permitted under the Federal Rules of Civil Procedure, including videotaping and stenographic recording. Counsel for Glenmark is invited to attend and cross-examine.

DATE: January 16, 2015

OF COUNSEL:

David M. Hashmall
Calvin E. Wingfield Jr.
Jonathan A. Auerbach
Timothy J. Rousseau
Joshua A. Whitehill
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 813-8800

Paul F. Ware
Daryl L. Wiesen
Emily L. Rapalino
Nicholas K. Mitrokostas
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 570-1000

BAYARD, P.A.

*/s/ Sara E. Bussiere*
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Counsel for Plaintiff Cephalon, Inc.*